**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

No. 04-7276

―――――――――

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHNNY JERMANE SMARR,

Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western
District of North Carolina, at Shelby.  Lacy H. Thornburg, District
Judge.  (CR-95-28)

―――――――――

Submitted:  November 18, 2004      Decided:  November 30, 2004

―――――――――

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Johnny Jermane Smarr, Appellant Pro Se.  Thomas Richard Ascik,
OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina,
for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Johnny Jermane Smarr appeals from the district court's order denying his "Motion to Compel Government for Specific Performance." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>United States v. Smarr</u>, No. CR-95-28 (W.D.N.C. July 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>